NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Randall T. Garteiser (CA State Bar No. 231821)
rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
chonea@ghiplaw.com
GARTEISER HONEA—IP TRIAL BOUTIQUE
795 Folsom St., Floor 1, San Francisco, CA 94107
119 W Ferguson, Tyler, TX 75702
Telephone: (888) 908-4400

ATTORNEY(S) FOR: Electronic Edison Transmission Technologies, L

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC<br><br>Plaintiff(s),<br>v.<br><br>BELKIN INTERNATIONAL, INC.<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-10896<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Electronic Edison Transmission Technologies, LLC | Plaintiff |
| Patent Asset Management, LLC | Parent Company |
| Garteiser Honea, PLLC | Attorneys for Plaintiff |

12/18/2024
Date

/s/ Randall Garteiser
Signature

Attorney of record for (or name of party appearing in pro per):

Electronic Edison Transmission Technologies, LLC